United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT S DUNCAN, | CIVIL NO. C09-5187BHS-JRC |
| Plaintiff, | |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ORDER FOR EXTENSION OF TIME TO<br>FILE PLAINTIFF'S REPLY BRIEF |
| Defendant. | |

Based on Plaintiff's Stipulation for Extension of Time and the agreement of the parties, it is now, hereby,

ORDERED that Plaintiff's REPLY Brief shall be filed on or before October 27, 2009 and oral argument shall be requested by November 3, 2009.

DATED this 14th day of October, 2009.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S REPLY BRIEF- [09-5187BHS-JRC] 1